# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WALMART, INC.

VERSUS

MICHAEL OHLER

NO.   2020 CW 0126

APR 2 8 2020

---

In Re:   Walmart, Inc., applying for supervisory writs, Office of Workers Compensation, No. 17-05687 c/w 19-06176, District 06

---

BEFORE:   **WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.